

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/22/2021

Brooklyn, New York 11222

January 21, 2021

**DELIVERED VIA ECF**
Honorable Judge Analisa Torres
United States Courthouse
500 Pearl Street, Courtroom 15
New York, New York 10007

> Re:   *White v. UMG Recordings, Inc.; et al.*, **1:20-cv-09971-AT**
> **Request to Continue Date of Scheduling Conference**

Your Honor:

This office represents the plaintiff Timothy White. We write with the consent of defense counsel to request an adjournment of the initial pre-trial conference in this case, which is currently set for February 1, 2021. See U.S.D.C. Dkt. No. 5.

Defendant UMG Recordings, Inc. ("UMG") has been served and was granted an extension until February 8, 2021 to file its response to the complaint. The parties request a 30-day extension on the current date for the conference in order for UMG to make its appearance.

Per the Court's Individual Rules, (1) the original deadlines and dates at issue are January 25, 2021 for the pre-conference submissions and February 1, 2021 for the conference; (2) the reason for the request is that UMG is set to answer one week after the current conference date; (3) there have been no previous extension requests; (4) no previous requests were granted or denied; and (5) UMG has consented to this request. whether This request for adjournments is made at least 48 hours prior to the scheduled appearance or deadline.

The parties respectfully submit the foregoing and thank the Honorable Court for its attention to this matter.

GRANTED.  The conference scheduled for February 1,
2021, is ADJOURNED to **March 4, 2021**, at **11:20 a.m.**
By **February 25, 2021**, parties shall submit their joint
letter and case management plan.

SO ORDERED.

Dated: January 22, 2021
   New York, New York

Respectfully submitted,

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

_____
**ANALISA TORRES**
**United States District Judge**