

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2021__

Brooklyn, New York 11222

February 25, 2021

**DELIVERED VIA ECF**

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 15D
New York, NY 10007

        **Case Title:**   *White v. UMG Recordings, Inc. et al;* 1:20-cv-09971-AT
        **Re:**   Request to Adjourn Initial Pretrial Conference

Your Honor:

    This office, along with the Law Office of William Igbokwe and the Law Office of Carlos Santiago, P.C., represents Plaintiff, Jordan White, in the above-referenced action. We write, along with counsel to Defendants UMG Recordings, Inc, Jordan Jenks, and Jordan Carter ("Defendants") to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for March 4, 2021 at 11:20 a.m. This is the second request for an extension of the Initial Pretrial Conference.

    The parties request an adjournment because certain Defendants have not yet appeared and the appearing Defendants plan on requesting a pre-motion conference regarding their anticipated motion to dismiss the complaint following the conclusion of the exchange of letters required by the Individual Rules of this Court.

    For this same reason, Defendant Jordan Jenks respectfully requests a 30-day extension of his deadline to answer or move in response to the Complaint. That deadline is currently March 1, 2021, and there have been no prior requests to extend it.

    We thank Your Honor for consideration of this request.

    GRANTED in part, DENIED in part. The parties' request to adjourn the conference scheduled for March 4, 2021 is DENIED. By **March 31, 2021**, Defendant Jenks shall answer or otherwise respond to the complaint.

    SO ORDERED.

    Dated: February 26, 2021
           New York, New York

_____
ANALISA TORRES
United States District Judge

12931179.1/98102-00001