```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WHITE,

                  Plaintiff,

-against-

UMG RECORDINGS, INC., a Delaware Corporation, individually and Doing business as "INTERSCOPE RECORDS"; JORDAN TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE," an individual; JORDAN CARTER, p/k/a "PLAYBOI CARTI," an individual; and DOES 1-10, inclusive,

                  Defendants.

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' pre-motion letters dated March 10 and 17, 2021, ECF Nos. 27, 31–32, and heard the parties at the conference of March 23, 2021. Accordingly,

1. Discovery is temporarily STAYED pending the Court's resolution of Defendants' proposed motion to stay discovery;
2. By **April 6, 2021**, Defendants shall file their motion to stay discovery;
3. By **April 13, 2021**, Plaintiff shall file his opposition; and
4. By **April 20, 2021**, Defendants shall file their reply, if any.

Separately,

5. By **April 27, 2021**, Defendants shall file their motion to dismiss;
6. By **May 18, 2021**, Plaintiff shall file his opposition; and
7. By **June 1, 2021**, Defendants shall file their reply, if any.

      SO ORDERED.

Dated: March 23, 2021
          New York, New York

                                                            ANALISA TORRES
                                             United States District Judge