![MSK Logo - Mitchell Silberberg & Knupp LLP - A Law Partnership Including Professional Corporations]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/5/2021__

jmm@msk.com

April 2, 2021

**VIA ECF ONLY**
Honorable Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15D
New York, NY 10007

Re:   *Jordan White v. UMG Recordings, Inc. et al.*, **Case No. 1:20-cv-09971 (AT)**

Dear Judge Torres:

We write on behalf of all parties to the action.

On March 23, 2021, the Court issued an Order granting Defendants' request for leave to file: (1) a motion to dismiss (the "Motion to Dismiss"); and (2) a motion to stay discovery (the "Motion to Stay") pending the adjudication of the aforementioned Motion to Dismiss. ECF Doc. No. 23. The Court also temporarily stayed discovery pending the resolution of the Motion to Stay, which was to be filed by Defendants by April 6, 2021 and to be fully briefed by April 20, 2021. *Id.* The Court also set a briefing schedule for the Motion to Dismiss. *Id.*

The parties subsequently conferred, and have stipulated to the stay that would have been sought in the Motion to Stay is appropriate. In light of this agreement, the parties jointly request that the Court stay discovery pending a decision on the forthcoming Motion to Dismiss. Given the stay, the Parties will also seek to continue the current deadlines as they relate to discovery in the Case Management Plan after the Motion to Dismiss is decided.

The parties also respectfully request a short extension of time for the briefing of the Motion to Dismiss. Due to scheduling conflicts, Plaintiff seeks, and Defendants do not oppose, a one-week extension of the deadline to file his opposition to the Motion to Dismiss, *i.e.*, from May 18, 2021 to May 25, 2021. Assuming this extension is granted, Defendants seek, and Plaintiff does not oppose, a concomitant extension of the deadline for their reply on the Motion to Dismiss, *i.e.*, from June 1, 2021 to June 8, 2021. This extension, if granted, would not alter any other case deadlines, and it constitute the first request of an extension of these deadlines.

We thank the Court for its consideration of this matter.



Honorable Analisa Torres, U.S.D.J.

Respectfully submitted,

| /s/ Jeffrey M. Movit | /s/ Scott Alan Burroughs |
|---|---|
| Jeffrey M. Movit | Scott Alan Burroughs |
| Mitchell Silberberg & Knupp LLP | Doniger/Burroughs |
| *For Defendants* | *For Plaintiff* |

GRANTED in part, DENIED in part.  The Court REJECTS the parties' stipulation to stay discovery pending the resolution of the motion to dismiss.  By **April 9, 2021**, Defendants may file their motion to stay discovery.  By **April 16, 2021**, Plaintiff shall file his opposition, if any.  By **April 23, 2021**, Defendants shall filed their reply, if any.  If Defendants choose not to file a motion to stay, the deadlines in the case management plan shall take effect.

Plaintiff shall file his opposition to the motion to dismiss by **May 25, 2021**.  By **June 8, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: April 5, 2021
   New York, New York

ANALISA TORRES
United States District Judge

Doc ID