```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JORDAN WHITE,

                Plaintiff,

-against-

UMG RECORDINGS, INC., a Delaware Corporation, individually and Doing business as "INTERSCOPE RECORDS"; JORDAN TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE," an individual; JORDAN CARTER, p/k/a "PLAYBOI CARTI," an individual; and DOES 1-10, inclusive,

                Defendants.

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' proposed protective order. ECF No. 53. The proposed protective order states that "Any party desirous of filing a pleading, brief or other documents which discloses or incorporates any 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY' Confidential Information shall file a motion with the Court seeking permission to file the documents containing Confidential Information under seal. The parties will use reasonable efforts to minimize such sealing." ECF No. 53 at ¶ 6. The Court's individual rules require parties to follow certain procedures when requesting approval for redacted or sealed filings. *See* Individual Practices in Civil Cases Rule IV.A. Additionally, the proposed protective order states that "This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof." ECF No. 53 at ¶ 19. The Court will retain jurisdiction over the persons subject to the protective order only until the end of this litigation.

      Accordingly, by **November 12, 2021**, the parties shall file a revised proposed protective order that specifies (1) that "Any party seeking to file redacted or entire documents under seal must obtain prior Court approval in accordance with Rule IV.A of this Court's Individual Practices in Civil Cases. The parties shall meet and confer in an effort to minimize the redaction or sealing request prior to submitting their request to the Court," and (2) that the Court will retain jurisdiction over enforcement of the protective order until the end of this litigation.

      SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge