UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WHITE,

                         Plaintiff,

            -against-

UMG RECORDINGS, INC., a Delaware
Corporation, individually and Doing business as
"INTERSCOPE RECORDS"; JORDAN
TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE,"
an individual; JORDAN CARTER, p/k/a
"PLAYBOI CARTI," an individual; and DOES 1-
10, inclusive,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2022__

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court has reviewed the parties letters at ECF Nos. 91 and 92.  Under Federal Rule of
Civil Procedure 15(a), "[a] party may amend its pleading once as *a matter of course* within 21 days
after serving it."  Fed. R. Civ. P. 15(a) (emphasis added).  Because Defendant Jenks requested leave
to file his amended answer and counterclaim within 21 days of filing his original answer, *see* ECF
Nos. 76 and 91, Defendant Jenks may file an amended answer and counterclaim.  *See Med. Soc'y of
New York v. UnitedHealth Grp. Inc.*, No. 16 Civ. 5265, 2018 WL 11220401, at *1 (S.D.N.Y. May 11,
2018).

     SO ORDERED.

Dated: February 3, 2022
       New York, New York

                                                    _____
                                                         ANALISA TORRES
                                                    United States District Judge