```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/8/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WHITE,

                            Plaintiff,

-against-

UMG RECORDINGS, INC., a Delaware Corporation, individually and Doing business as "INTERSCOPE RECORDS"; JORDAN TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE," an individual; JORDAN CARTER, p/k/a "PLAYBOI CARTI," an individual; and DOES 1-10, inclusive,

                            Defendants.

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The case management conference scheduled for March 9, 2022, is ADJOURNED *sine die*.

        SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                                 ANALISA TORRES
                                       United States District Judge