**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                                              :
JORDAN WHITE,                                                 :
                                                              :
                                  Plaintiff,                  :          20-cv-9971 (AT) (OTW)
                                                              :
                  -against-                                   :          **ORDER**
                                                              :
UMG RECORDINGS, INC., et al.,                                 :
                                                              :
                                  Defendants.                 :
                                                              :
--------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF 115. Discovery is extended for the sole purpose of completing the outstanding discovery discussed in ECF 115. The deadline to complete that discovery is August 29, 2022.

      By **September 30, 2022**, the parties shall file a post-discovery joint status letter informing the Court whether they intend to move for summary judgment or proceed to trial. If the parties intend to move for summary judgment, they are directed to meet and confer and submit, along with the joint letter, a proposed joint briefing schedule for their summary judgment motion(s).

      **SO ORDERED.**


_s/ Ona T. Wang_
Dated: August 5, 2022                                    **Ona T. Wang**
      New York, New York                          United States Magistrate Judge