UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WHITE,

                      Plaintiff,

-against-

UMG RECORDINGS, INC., a Delaware Corporation, individually and Doing business as "INTERSCOPE RECORDS"; JORDAN TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE," an individual; JORDAN CARTER, p/k/a "PLAYBOI CARTI," an individual; and DOES 1-10, inclusive,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022
```

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because Plaintiff has filed a response to Defendant Jenks' counterclaim, Jenks' motion for entry of a default judgment is DENIED as moot. The Clerk of Court is directed to terminate the motion at ECF No. 105.

    SO ORDERED.

Dated: August 19, 2022
       New York, New York

                                                    ANALISA TORRES
                                              United States District Judge