```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WHITE,

                Plaintiff,

-against-

UMG RECORDINGS, INC., a Delaware Corporation, individually and Doing business as "INTERSCOPE RECORDS"; JORDAN TIMOTHY JENKS, p/k/a "PI'ERRE BOURNE," an individual; JORDAN CARTER, p/k/a "PLAYBOI CARTI," an individual; and DOES 1-10, inclusive,

                Defendants.

20 Civ. 9971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated in the Court's August 16, 2022 Order, Plaintiff's claims against Defendant Jordan Timothy Jenks are DISMISSED. *See* ECF No. 117 at 9–10. The Clerk of Court is directed to terminate Defendant Jenks as a defendant in this action.

    SO ORDERED.

Dated: August 25, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge