**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JORDAN WHITE,

                Plaintiff,                20-cv-9971 (AT) (OTW)

       -against-                      **ORDER**

UMG RECORDINGS, INC., et al.,

               Defendants.
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court resolved the discovery disputes referenced in ECF Nos. 56 and 61 at the November 30, 2021 in-person status conference. (*See* ECF 67 at 29:24-30:4, 30:15-31:15). Accordingly, the Clerk of Court is respectfully directed to close ECF Nos. 56 and 61.

      **SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 16, 2022
       New York, New York