**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JORDAN WHITE,

              Plaintiff,              20-cv-9971 (AT) (OTW)

      -against-                  **ORDER**

UMG RECORDINGS, INC., et al.,

              Defendants.

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 132, 133, and 134. The Court resolved substantially every dispute raised in these filings at the October 20, 2022 status conference, for which the parties did not request a transcript, despite the Court making oral rulings on the record. Accordingly, the parties shall proceed as follows:

- Plaintiff shall meet and confer with Defendants to clarify remaining outstanding paper discovery, and the parties shall work together to produce that discovery. If the parties are unable to agree on the discovery to be produced, Plaintiff shall move to compel the documents at issue by **December 9, 2022**. Plaintiff shall specifically identify the requests at issue that are not duplicative and tie the information sought to the remaining claims in the matter. Defendants' opposition, if any, is due **December 16, 2022**. The parties' papers shall take the form of letter briefs.

- The parties shall meet and confer to appropriately time and schedule Defendant Carter's deposition. Defendants shall retain custody of the video. The parties shall resolve this issue by **December 9, 2022**.

- The parties shall meet and confer to resolve any issues with Mr. Bermudez's deposition and document production. Plaintiff's counsel shall inform Defendant's counsel whether they represent Mr. Bermudez and if they do not, provide to Plaintiff's counsel his contact information. The parties shall resolve this issue by **December 9, 2022**.

- The parties shall submit a **joint** letter on the status of the above issues by **December 9, 2022.**

The fact discovery deadline is extended to **December 16, 2022**. No expert discovery shall take place absent further order from the Court.

**SO ORDERED.**

Dated: November 21, 2022  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge