```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JORDAN WHITE,

                          Plaintiff,

              -against-                                    20 Civ. 9971 (AT)

UMG RECORDINGS, INC. (d/b/a                                    ORDER
INTERSCOPE
RECORDS); JORDAN CARTER, p/k/a
(PLAYBOI CARTI) et al.,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2024_

ANALISA TORRES, District Judge:

      By letter dated May 23, 2023, Defendants move to seal portions of four exhibits in support of their motion for summary judgment. Mot., ECF No. 181. Defendants seek to seal portions of (1) exhibit A to Jason Kawejsza's declaration, a recording agreement, ECF No. 178-1; (2) exhibit B to Kawejsza's declaration, a producer agreement, ECF No. 178-2; (3) exhibit C to Jeffrey M. Movit's declaration, the deposition transcript of Defendant Jordan Carter, ECF No. 179-3; and (4) exhibit E to Movit's declaration, the deposition transcript of Christopher Bermudez, ECF No. 179-5 (collectively, the "Exhibits"). ECF No. 181.

      The Court concludes that Defendants have met their burden to establish that sealing of the Exhibits is warranted. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). First, Defendants argue that the two agreements contain "provisions concerning royalties, licensing arrangements, and other sensitive business information," the public release of which "is likely to harm UMG's competitive standing." Mot. at 2. Second, they argue that the portions of Carter's deposition that they seek to seal are "are irrelevant to the substantive merits of this lawsuit." *Id.* And third, they contend that Mr. Bermudez's deposition transcript contains "inflammatory personal allegations" that are irrelevant to the case and of which Bermudez "has no personal knowledge." *Id.* at 3.

      The Court has reviewed the proposed redactions and finds them to be appropriate and narrowly tailored to protect Defendants' privacy interests and confidential business information. Accordingly, Defendants' motion to seal the Exhibits is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 181.

      SO ORDERED.

Dated: January 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge