| | | |
|---|---|---|
| Attorneys admitted in California, New York, Texas, Pennsylvania, and Maine<br><br>Sender's contact:<br>scott@donigerlawfirm.com<br>(310) 590-1820 |  | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/5/2024 |

June 14, 2023

**DELIVERED VIA ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        **Case Title:**    *Jordan White v. UMG Recordings, Inc. et al.*
                             1:20-cv-09971-AT
        **Re:**          **Motion to Seal Inadvertently Filed Documents**

Your Honor:

    Our office represents Plaintiff, Jordan White, in the above-referenced case. We write to the Court to respectfully request that the following inadvertently filed documents be sealed:

1. ECF Docket No. 193-2
2. ECF Docket No. 193-3

    These Documents were inadvertently filed as attachments to Plaintiff's Notice of Lodging (ECF Docket No. 193) and are incorrectly identified as the Deposition Transcripts of Jordan White and Christopher Bermudez. These documents are, in actuality, the Deposition Transcripts of Osaze Olumhense and Jordan Carter, which are designated as confidential and meant to be filed under seal pursuant to the Court's Protective Order in this case. Our office promptly notified the Clerk of Court of this inadvertent filing and submitted an emergency sealing request accordingly. A notice of errata including the correct attachments for Plaintiff's Notice of Lodging is being filed concurrently. We apologize for this error and thank Your Honor for your prompt attention to this matter. Accordingly, Plaintiff respectfully requests that this Court grant this motion to seal.

GRANTED.

SO ORDERED.

Dated: January 5, 2024
          New York, New York

                                                    ANALISA TORRES
                                                    United States District Judge