**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JORDAN WHITE,  :
 :
                Plaintiff,  :      20-CV-9971 (AT) (OTW)
 :
           -against-  :      **SCHEDULING ORDER**
 :
UMG RECORDINGS, INC., et al.,  :
 :
              Defendants.  :
 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Thursday, February 15, 2024. The parties are directed to file a joint status letter **by Friday, March 1, 2024**.

    SO ORDERED.

                                                                         */s/ Ona T. Wang*

Dated: February 15, 2024                                               **Ona T. Wang**
       New York, New York                                United States Magistrate Judge