**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JORDAN WHITE,

             Plaintiff,

           -against-

UMG RECORDINGS, INC., et al.,

            Defendants.
------------------------------------------------------------x

20-CV-9971 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

       In a March 18, 2024 Order, the Court stayed this action pending settlement discussions. (ECF 222). The Court held a follow-up settlement conference call on April 9, 2024, during which the parties were unable to reach settlement. The Court hereby lifts the stay in this case.

       **SO ORDERED.**

Dated: April 16, 2024
       New York, New York

                              */s/ Ona T. Wang*
                                **Ona T. Wang**
                            United States Magistrate Judge