## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JORDAN WHITE,

                Plaintiff,                          20 **CIVIL** 9971(AT)

     -against-                                  **JUDGMENT**

UMG RECORDINGS, INC. (d/b/a INTERSCOPE
RECORDS) and JORDAN CARTER, p/k/a
(PLAYBOI CARTI),

                Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, Defendants' motion for summary judgment on White's first claim (liability under 17 U.S.C. § 512(f)) is GRANTED. White's second claim (declaratory judgment) is DISMISSED without prejudice. Judgment is entered consistent with the order. Judge Wang will decide Defendants' motions for sanctions by separate order. See ECF Nos. 212, 225. Accordingly, the case is closed.

**Dated:** New York, New York

      August 27, 2024

                                                      **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                                 **BY:**

                                                    **Deputy Clerk**