**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
JORDAN WHITE,

           Plaintiff,

           -against-

UMG RECORDINGS, INC., et al.,

           Defendants.

-----------------------------------------------------------x

20-CV-9971 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 212.

The parties are directed to file a status letter by **Friday, May 2, 2025**, informing the Court whether any payments have been made in satisfaction of the Court's Opinion and Order, issued August 14, 2023, awarding attorneys' fees to Defendants. (ECF 204). The parties' letter shall: (1) if applicable, explain why Plaintiff and/or his Counsel have not complied with the Court's August 14 Order; and (2) propose any other appropriate next steps.

If Plaintiff and/or Counsel still have not paid the fees as ordered at ECF 204, Plaintiff and/or Counsel shall have until **5:00 p.m., on Monday, June 30, 2025**, to pay in full, before Defendants may move for further relief.

**SO ORDERED.**

Dated: April 23, 2025
New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge