**MANDATE**

1:20-cv-09971-AT-OTW

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December two thousand twenty-five.

Jordan White,

    Plaintiff-Counter-Defendant-Appellant,

v.

UMG Recordings, Inc., a Delaware Corporation, individually and doing business as Interscope Records, Jordan Carter, PKA Playboi Carti, an individual,

    Defendants - Appellees,

Jordan Timothy Jenks, PKA Pi'erre Bourne,

    Defendant-Counter-Claimant,

Does, 1-10, inclusive,

    Defendants.

ORDER
Docket No. 24-2577

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  12/30/2025

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/30/2025